UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Bob Kasolas, Esq.
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
Attorneys for Defendants Sergio Magarik, Vonn, LLC, Lenny Valdberg, Vigo Industries, LLC and Nigel Challenger

| | |
|---|---|
| **KRAUS USA, INC.**<br><br>           Plaintiff,<br><br>vs.<br><br>**SERGIO MAGARIK, a/k/a SERGEI MAGARIK, VONN, LLC, a/k/a VONN LIGHTING, LLC, d/b/a VONN LIGHTING, LENNY VALDBERG** (improperly pled as LEONID VALDBERG)**, VIGO INDUSTRIES, LLC** and **NIGEL CHALLENGER,**<br><br>           Defendants. | CIVIL ACTION NO: 1:17-cv-6541<br><br><br><br>**NOTICE OF MOTION BY ALL DEFENDANTS FOR JUDGMENT ON THE PLEADINGS & TO DISMISS COMPLAINT PURSUANT TO RULE 12(c)** |

**TO:**   Ely Goldin, Esq,
         Fox Rothschild LLP
         2000 Market Street, 20th Floor
         Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, defendants Sergio Magarik ("Magarik"), Vonn, LLC ("Vonn"), Vigo Industries, LLC ("Vigo"), Lenny Valdberg ("Valdberg") and Nigel Challenger ("Challenger) shall move before the United States District Court, Southern District of New York, Hon. Edgardo Ramos, for an Order: (i) dismissing all counts of the Complaint asserted against all defendants in their entirety with prejudice; and (ii) entering judgment on the pleadings in favor of all defendants and against Kraus USA, Inc. ("Kraus") as to Kraus' Complaint;

**PLEASE TAKE FURTHER ORDER** that in support of defendants' motion, defendants shall rely upon the accompanying Memorandum of Law in support of their motion; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event this motion is opposed.

        **BRACH EICHLER LLC**
        Attorneys for Defendants

        /s/ *Eric Magnelli, Esq.*
        BOB KASOLAS, ESQ.
        ERIC MAGNELLI, ESQ.
        **BRACH EICHLER LLC**
        101 Eisenhower Pkwy
        Roseland, New Jersey 07069
        Tel: (973) 228-5700
        Fax: (973) 618-5539

DATED: December 27, 2018