UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRAUS USA, Inc.

        Plaintiff,

        -against-

SERGIO MAGARIK a/k/a SERGEI MAGARIK, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**

17-CV-6541 (ER) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for on July 29, 2020, at 10:30 a.m., is cancelled.  The parties are directed to confer and, thereafter, provide to the Court three dates on which all parties are available to participate in a settlement conference.

Dated: New York, New York
       July 28, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE