UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KRAUS USA, Inc.,                                          :

       Plaintiff,                                         :

                                            :       ORDER

    -against-

                                            :      17-CV-6541 (ER)(KNF)

SERGIO MAGARIK a/k/a SERGEI MAGARIK,
VONN, LLC a/k/a VONN LIGHTING, LLC d/b/a   :
VONN LIGHTING, LEONID VALDEBERG,
VIGO INDUSTRIES, LLC and                                :
NIGEL CHALLENGER,

                                            :

       Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A settlement conference was held in the above-captioned action on October 21, 2020; no settlement was achieved. Therefore, the parties shall proceed in accordance with the June 5, 2020 order of the court appearing at Docket Entry No. 174.

Dated: New York, New York                SO ORDERED:
         October 21, 2020

                                                          _Kevin Nathaniel Fox_____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE