UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRAUS USA, INC.,

               Plaintiff,

v.

SERGIO MAGARIK a/k/a SERGEI MAGARIK, *et al.*,

               Defendants.

**ORDER**

17 Civ. 6541 (ER)

RAMOS, D.J.

     On August 28, 2017, Kraus USA, Inc., brought this action against Sergio Magarik a/k/a Sergei Magarik, Vonn, LLC a/k/a Vonn Lighting, Leonid Valdberg, Vigo Industries, LLC, and Nigel Challenger, alleging, *inter alia*, violations of the Defend Trade Secrets Act and Computer Fraud and Abuse Act. Doc. 1. On April 22, 2021, the Court conducted a telephonic conference. On that date, the Court ordered the Parties to file any discovery motions no later than May 21, 2021, and to complete all depositions no later than May 31, 2021.

     The depositions of Sergio Magarik, Todd Alexander, Russell Levi, Leonid Valdberg, Michael Rukhlin, and Ninicka Williams are to be completed on or before May 31, 2021. The Court expresses no opinion on the date or order in which depositions are to be conducted.

     It is SO ORDERED.

Dated: May 5, 2021
       New York, New York

                                                     Edgardo Ramos, U.S.D.J.